UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Philip Hall,

    Plaintiff,                                       Civil Action No. 23-cv-12214

vs.                                                HON. BERNARD A. FRIEDMAN

Equifax Information Services,
LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL**

On December 14, 2023, plaintiff informed the Court that the parties have reached a settlement agreement [ECF No. 7]. Accordingly,

IT IS ORDERED that the complaint is dismissed with prejudice and without costs, interest or attorney fees. The Court retains jurisdiction for a period of sixty days from the date of this order to enforce all terms of the parties' settlement agreement.

Dated: March 29, 2024
         Detroit, Michigan

                                                           s/Bernard A. Friedman
                                                            Bernard A. Friedman
                                                            Senior United States District Judge